UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK BRIAN WARNER,

           Petitioner,

v.

SCOTT SPEER,

           Respondent.

CASE NO. 3:25-cv-5007-RSL-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed Petitioner's Petition for writ of habeas corpus (Dkt. # 5); the Report and Recommendation of Grady J. Leupold, United States Magistrate Judge (Dkt. # 14); Petitioner's objections (Dkt. # 15); and the remaining record, does hereby find and ORDER:

(1)    The Report and Recommendation is approved and adopted.

(2)    Petitioner's Petition for writ of habeas corpus (Dkt. # 5) and this action are DISMISSED without prejudice for failure to exhaust state court remedies.

(3)    A certificate of appealability is DENIED in this case.

(4)    Petitioner's pending Motions (Dkts. # 6–8; 10, 11) are DENIED as moot.

(5)    The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Grady J. Leupold.

**DATED** this 19th day of May, 2025.

1
2                                    Robert S. Lasnik
                                     United States District Judge
3
4
...
24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2